UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| USA | § | |
| | § | |
| v. | § | NO: AU:19-CR-00318(7)-LY |
| | § | |
| (7) Roy Ford | § | |

## ORDER APPOINTING COUNSEL (CJA)

The above-named defendant having satisfied this court after appropriate inquiry that he/she (1) does not wish to waive representation by counsel, and (2) is financially unable to obtain counsel, therefore, **Adam Hugh Sencenbaugh** is hereby APPOINTED to represent the defendant in the above-styled and numbered cause.

Should this case proceed in the future before a United States District Judge, the appointment shall remain in effect until terminated, or a substitute attorney is appointed.

SIGNED this 10th day of December, 2019.

_____
MARK LANE
UNITED STATES MAGISTRATE JUDGE