FILED

AUG 13 2020

Clerk, U.S. District Court
Western District of Texas

By: _____
                Deputy

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** § | Criminal Number:  19-CR-318-LY | |
| v. § | **SUPERSEDING INFORMATION** | |
| **ROY FORD,** § | [Violation: 21 U.S.C. §§ 846, | |
| Defendant. § | 841(a)(1) – Conspiracy to Distribute Methamphetamine] | |

**THE UNITED STATES ATTORNEY CHARGES:**

<u>**COUNT ONE**</u>
**[21 U.S.C. §§ 846, 841(a)(1)]**

Beginning in or around March 2019 and continuing through on or about December 3, 2019, within the Western District of Texas, the Defendant,

**ROY FORD,**

did knowingly, unlawfully and willfully combine, conspire, confederate and agree with others both known and unknown to the Grand Jury to distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 846 and 841(a)(1), the penalty for which is found at Title 21, United States Code, Section 841(b)(1)(C).

JOHN F. BASH
United States Attorney

By: \_/s/ Keith Henneke_____
KEITH HENNEKE
Assistant U. S. Attorney