AO 245B (Rev. TXN 10/12) Judgment in a Criminal Case                                    Judgment -- Page 2 of 6

DEFENDANT:      ROY FORD
CASE NUMBER:    1:19-CR-00318-LY(7)

FILED
2021 APR 16 PM 2:33
CLERK, US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **SIXTY (60) MONTHS** as to count 1s.

The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons as notified by the United States Marshal.

The Court makes the following recommendations to the Bureau of Prisons:

**To designate defendant to Bastrop FCI or to a federal facility close to Bastrop FCI in order that the defendant may be near family members during the period of confinement.**

If, for any reason, the Bureau of Prisons does not comply with any recommendation of this Court made in this Judgment and Sentence, the Bureau of Prisons shall immediately notify the Court and any reason therefore.

## RETURN

I have executed this judgment as follows: V/S to BOP

Defendant delivered on 4/15/21 to Pollock, FCI at 14:00 hrs, with a certified copy of this judgment.

Susan Pamerleau
United States Marshal
Western District of Texas

Christobal Rodriguez
By
DEPUTY UNITED STATES MARSHAL